2010-62270
FILED
October 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003023268

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re )
    Miguel Carrillo Robles, Jr. )
    Anne Carrillo )
)
)   Case No.
)
)
                  Debtor(s). )

## VERIFICATION OF MASTER ADDRESS LIST

    I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ]     on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of __ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ ]     typed in scannable format on paper, consisting of ____ pages and listing a total of ____ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ X ]     electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of __15__ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

    I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

    I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:   October 22, 2010                     /s/ Miguel Carrillo Robles, Jr.
                                                                 Debtor's Signature
DATED:   October 22, 2010                     /s/ Anne Carrillo

                                                              Joint Debtor's (if any) Signature

EDC 2-100  (Rev. 10/2007)

Miguel Carrillo Robles, Jr. and Anne Carrillo

Accelerated
1055 W Morton
Porterville, CA 93257

Access Capital
Po Box 1511
Visalia, CA 93279

Awa Collect
Po Box 6605
Orange, CA 92863

AWI
120 Center Street
Auburn, CA 95603

Capital One, N.a.
C/O American Infosource
Po Box 54529
Oklahoma City, OK 73154

Chase
201 N. Central Ave Floor 11
Phoenix, AZ 85004

Comcast
PO 32227
Seattle, WA 98124

Comcast
PO Box 32227
Seattle, WA 98124

Golden 1 Credit Union
Attn: Collections
Po Box 15966
Sacramento, CA 95852

Jennifer Lee Giuliani
707 N. Douty Street
PO Box 208
Hanford, CA 93232

Kings County Sherriffs Office
1444 W. Lacey Blvd.
PO Box 986
Hanford, CA 93232

Kings County Superior Court- Hanford
1426 South Drive.
Hanford, CA 93230

Kings Credit Service
510 N Douty St
Hanford, CA 93230

Midland Credit Management
Po Box 939019
San Diego, CA 92193

T Mobile
PO Box 51843
Los Angeles, CA 90057